IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LE ANDRE JOHNSON, | ) | No. C 08-2883 MMC (PR) |
| Petitioner, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| TOM CAREY, | ) | |
| Respondent. | ) | |

On June 9, 2008, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. That same date, the Court notified petitioner in writing that the action was deficient due to petitioner's failure to pay the requisite filing fee or, instead, to submit a completed court-approved in forma pauperis ("IFP") application. In said notice, petitioner was advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action.

Petitioner did not respond to the deficiency notice. Consequently, on August 1, 2008, the Court issued an order finding the action was subject to dismissal. The Court noted therein, however, that an attachment to the petition indicated petitioner was seeking to have the filing fee waived on the ground he had paid the fee in an earlier petition, Johnson v. Sisto, C 07-5187 MJJ (PR), in which pleading petitioner had raised the same claims as are raised in the instant petition.[1]

---

[1] The earlier petition was dismissed on November 28, 2007, due to petitioner's failure to either pay the filing fee or file a completed IFP application in that matter. Subsequently, after the case was closed, petitioner paid the filing fee.

In its order of August 1, 2008, the Court denied petitioner's request for waiver of the filing fee, finding Case No. C 07-5187 was properly dismissed and that petitioner was obligated to comply with the court's filing fee-requirements in the instant action. Nevertheless, although the instant petition was subject to dismissal due to petitioner's failure to comply with the court's filing-fee requirements, the Court's order of August 1, 2008 granted petitioner one further opportunity to comply, either by paying the requisite filing fee in this matter or submitting a court-approved IFP application showing he is unable to pay the fee.  The Court further informed petitioner that if he failed to comply with the court's filing-fee requirements within twenty days of the date the Court's order was filed, the action would be dismissed without prejudice.  Together with the order, petitioner was sent a copy of a court-approved IFP application, instructions for completing it, and a return envelope.

More than twenty days have passed since the Court's order was filed and petitioner has not filed a completed IFP application, paid the filing fee, or otherwise responded to the order.  Accordingly, the above-titled action is hereby DISMISSED without prejudice.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: September 9, 2008

MAXINE M. CHESNEY
United States District Judge